**NJID 836546**
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
<u>Attorneys for FREEDOM MORTGAGE CORPORATION</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| GUSTAVO EQIZI, JR. A/K/A GUSTAVO EGIZI JR<br>JUDITH EGIZI AKA JUDY EGIZI<br>    Debtors | : CASE NO.  19-28989-JNP<br>**: NOTICE OF MOTION FOR**<br>**: RELIEF FROM AUTOMATIC**<br>**: STAY PURSUANT TO 11 USC**<br>**: SECTION 362(d) AND RELIEF**<br>**: FROM CO-DEBTOR STAY**<br>**: PURSUANT TO 11 USC**<br>**: SECTION 1301(c)** |

GUSTAVO EQIZI, JR. A/K/A GUSTAVO EGIZI JR
12 HENRY RD
GIBBSBORO, NJ 08026-1310

GUSTAVO EQIZI, JR. A/K/A GUSTAVO EGIZI JR
201 PRAIRIE CT-UNIT 201
QUAKERTOWN, PA 18951

JUDITH EGIZI AKA JUDY EGIZI
12 HENRY RD
GIBBSBORO, NJ 08026-1310

JUDITH EGIZI AKA JUDY EGIZI
201 PRAIRIE CT-UNIT 201
QUAKERTOWN, PA 18951

BREA WILSON
201 PRAIRIE CT-UNIT 201
QUAKERTOWN, PA 18951

JILL MARIE TRIBULAS , ESQUIRE
1026 HADDON AVENUE
COLLINGSWOOD, NJ 08108

ISABEL C. BALBOA, TRUSTEE
CHERRY TREE CORPORATE
CENTER, 535 ROUTE 38 - SUITE 580
CHERRY HILL, NJ 08002

US TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

THOMAS WILSON
201 PRAIRIE CT-UNIT 201
QUAKERTOWN, PA 18951

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY (REAL PROPERTY)**

FREEDOM MORTGAGE CORPORATION (hereinafter 'Movant') has filed papers with the Court to have an Order entered granting it relief from the automatic stay and co-debtor stay against the property commonly known as 201 PRAIRIE COURT- UNIT 201, QUAKERTOWN, PA 18951.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant Movant relief from the automatic stay and co-debtor stay regarding the above real property, or if you want the Court to consider your views on the Motion, then on or before 05/12/2020 you or your attorney must:

File with the Court a written response to Movant's Motion explaining your position. Your response must be filed with the Bankruptcy Clerk of the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey 08608.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

| | |
|---|---|
| /s/ Melanie Grimes | U.S. Trustee |
| Melanie Grimes, Esq. | Isabel C. Balboa, Trustee |
| Phelan Hallinan Diamond & Jones, PC | Cherry Tree Corporate Center, 535 Route 38 - |
| 1617 JFK Boulevard, Suite 1400 | Suite 580 |
| Philadelphia, PA 19103 | Cherry Hill, NJ 08002 |
| Tel: 856-813-5500 Ext. 46245 | Chapter 13 Trustee |
| Fax: 856-813-5501 | |
| Email: Melanie.Grimes@phelanhallinan.com | |

If you are opposing the Order Movant is seeking from the Court, you must attend the hearing scheduled to be held on 05/19/2020 at 10:00 a.m. at the United States Bankruptcy Courthouse, 400 COOPER STREET, FOURTH FLOOR, CAMDEN, NJ, before the Honorable JERROLD N. POSLUSNY JR., presiding.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dated: March 12, 2020

/s/ Melanie Grimes
Melanie Grimes, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 46245
Fax: 856-813-5501
Email: Melanie.Grimes@phelanhallinan.com