Printed on: 12/31/2021
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021
**Case Number: 19-28989 (JNP)**

Gustavo Eqizi, Jr. and Judith Egizi
12 Henry Road
Gibbsboro, NJ  08026-1310

Monthly Payment: $1,755.00
Payments / Month: 1
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/04/2021 | $1,755.00 | 02/01/2021 | $1,755.00 | 02/22/2021 | $1,755.00 | 03/26/2021 | $1,755.00 |
| 05/03/2021 | $1,755.00 | 06/01/2021 | $1,755.00 | 06/28/2021 | $1,755.00 | 08/03/2021 | $1,755.00 |
| 09/02/2021 | $1,755.00 | 09/23/2021 | $1,755.00 | 11/01/2021 | $1,755.00 | 11/30/2021 | $1,755.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | GUSTAVO EQIZI, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JILL M. TRIBULAS, ESQUIRE | 13 | $3,750.00 | $3,750.00 | $0.00 | $3,750.00 |
| 1 | BARCLAYS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $15,901.02 | $6,229.68 | $9,671.34 | $1,952.55 |
| 3 | CAPITAL ONE, N.A. | 33 | $1,802.81 | $706.30 | $1,096.51 | $221.37 |
| 4 | CITIMORTGAGE, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | QUANTUM3 GROUP, LLC | 33 | $1,093.38 | $428.36 | $665.02 | $134.26 |
| 6 | FORD MOTOR CREDIT COMPANY, LLC | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | FREEDOM MORTGAGE CORPORATION | 24 | $5,697.17 | $5,697.17 | $0.00 | $5,697.17 |
| 8 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | WELLS FARGO BANK, N.A. | 33 | $18,926.36 | $7,414.94 | $11,511.42 | $2,324.05 |
| 10 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | JILL MARIE TRIBULAS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | JUDITH EGIZI | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | WELLS FARGO BANK, N.A. | 33 | $8,830.88 | $3,459.75 | $5,371.13 | $1,084.38 |
| 14 | FORD MOTOR CREDIT COMPANY, LLC | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $25,163.59 | $9,858.56 | $15,305.03 | $3,089.95 |
| 16 | FREEDOM MORTGAGE CORPORATION | 13 | $681.00 | $681.00 | $0.00 | $681.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 11/01/2019 | 5.00 | $0.00 |
| 04/01/2020 | Paid to Date | $10,026.00 |
| 05/01/2020 | 46.00 | $1,755.00 |
| 03/01/2024 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $21,060.00 |
| Total paid to creditors this period: | $18,934.73 |
| Undistributed Funds on Hand: | $1,607.58 |
| Arrearages: | $1,763.00 |
| Attorney: | JILL M. TRIBULAS, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**