Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                                Case No.: 19–28989–JNP
                                                Chapter: 13
                                                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Gustavo Eqizi Jr.                                              Judith Egizi
   12 Henry Rd                                                    12 Henry Rd
   Gibbsboro, NJ 08026–1310                         Gibbsboro, NJ 08026–1310

Social Security No.:
   xxx–xx–7726                                                   xxx–xx–3312

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:               July 25, 2023
Time:              11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*62* – Certification in Opposition to Notice of Default (related document:61 Creditor's Certification of Default (related document:37 Motion for Relief from Stay re: 201 PRAIRIE COURT– UNIT 201, QUAKERTOWN, PA 18951. Fee Amount $ 181. filed by Creditor FREEDOM MORTGAGE CORPORATION, Motion for Relief from Co–Debtor Stay of BREA WILSON and THOMAS WILSON, 41 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of FREEDOM MORTGAGE CORPORATION. Objection deadline is 07/3/2023. (Attachments: # 1 Exhibit A – Order Resolving Motion to Vacate Stay # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor FREEDOM MORTGAGE CORPORATION) filed by Jill Marie Tribulas on behalf of Judith Egizi, Gustavo Eqizi Jr.. (Tribulas, Jill)

and transact such other business as may properly come before the meeting.

Dated: June 29, 2023
JAN:

                                                                                 Jeanne Naughton
                                                                                 Clerk