UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Isabel C. Balboa, Esquire (IB 4082)**
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, New Jersey 08002
(856) 663-5002

In Re:

**Gustavo & Judith Egizi, Jr.**
Debtor(s)'.

Case No.    19-28989 JNP

Judge:    Jerrold N. Poslusny

**STIPULATION ADJUSTING TRUSTEE PAYMENTS**

WHEREAS, a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

WHEREAS, the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

**NOW THEREFORE**, the Trustee and counsel for Debtor hereby agree as follow:

1. Debtor's case be and is hereby allowed to continue at $76,708 total receipts applied to plan then $1,616 for eight (8) months, commencing September 1, 2023, for a total of fifty-four (54) months.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on February 5, 2020 remain in effect.

_____
Jill M. Tribulas, Esquire
Attorney for Debtor

Dated 8/8/2023

_____
Isabel C. Balboa,
Chapter 13 Standing Trustee

Dated: 8/17/2023