UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Freedom Mortgage Corporation

In Re:

Gustavo Eqizi & Judith Eqizi,

Debtors.

Case No.:     19-28989-JNP

Chapter:     13

Hearing Date:     9/12/2023

Judge:     Poslusny

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 61)

_____

Date: 9/6/2023          /s/ Denise Carlon
                        Signature

*rev.8/1/15*