Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19−28989−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Gustavo Eqizi Jr.                               Judith Egizi
   12 Henry Rd                                    12 Henry Rd
   Gibbsboro, NJ 08026−1310          Gibbsboro, NJ 08026−1310

Social Security No.:
   xxx−xx−7726                                    xxx−xx−3312

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on February 7, 2020.

   On 1/19/2024 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:              February 21, 2024
Time:             10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
    a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
    of a secure claim, such holders acceptance or rejection of the Plan before modification will
    be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
    holders acceptance or rejection of the Plan within the time fixed.

3.   **If, at the confirmation hearing, the Court determines that the plan is not confirmable,**
    **the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: January 19, 2024
JAN: jgd

                                                                                       Jeanne Naughton
                                                                                       Clerk

In re:  Case No. 19-28989-JNP
Gustavo Eqizi, Jr.  Chapter 13
Judith Egizi
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2
Date Rcvd: Jan 19, 2024      Form ID: 185      Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Gustavo Eqizi, Jr., Judith Egizi, 12 Henry Rd, Gibbsboro, NJ 08026-1310 |
| cr | + | FREEDOM MORTGAGE CORPORATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518567272 | | Brea Wilson, 201 Prairie Ct Unit 201, Quakertown, PA 18951-2470 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 19 2024 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 19 2024 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518498960 | | Email/Text: BarclaysBankDelaware@tsico.com | Jan 19 2024 21:11:00 | Barclays, PO Box 8802, Wilmington, DE 19899-8802 |
| 518498961 | | Email/Text: BarclaysBankDelaware@tsico.com | Jan 19 2024 21:11:00 | Barclays/AAdvantage, PO Box 8803, Wilmington, DE 19899-8803 |
| 518498963 | | Email/Text: BKelectronicnotices@cenlar.com | Jan 19 2024 21:11:00 | Cenlar, PO Box 77404, Ewing, NJ 08628 |
| 518575568 | | Email/PDF: bncnotices@becket-lee.com | Jan 19 2024 21:55:38 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518498962 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 19 2024 21:09:00 | Capital One/Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 518613019 | + | Email/Text: BKelectronicnotices@cenlar.com | Jan 19 2024 21:11:00 | CitiMortgage, Inc.,, c/o Cenlar FSB, 425 Phillips Blvd., Ewing NJ 08618-1430 |
| 518498964 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 19 2024 21:11:00 | Comenity Bank/Boscov's, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 518503915 | | Email/Text: EBNBKNOT@ford.com | Jan 19 2024 21:12:00 | Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI 48255-0953 |
| 518610070 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 19 2024 21:11:00 | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE, Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 518498965 | | Email/Text: EBNBKNOT@ford.com | Jan 19 2024 21:12:00 | Ford Motor Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 518498966 | | Email/Text: Bankruptcy@Freedommortgage.com | Jan 19 2024 21:11:00 | Freedom Mortgage, PO Box 50428, Indianapolis, IN 46250-0401 |
| 518620871 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 19 2024 21:14:21 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |

| | | | |
|---|---|---|---|
| 518607866 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jan 19 2024 21:11:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518599431 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Jan 19 2024 21:14:18 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518498967 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Jan 19 2024 21:13:40 | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Jan 21, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jill Marie Tribulas | on behalf of Debtor Gustavo Eqizi Jr. jillmarietribulas@comcast.net, tribulas.jillb126498@notify.bestcase.com |
| Jill Marie Tribulas | on behalf of Joint Debtor Judith Egizi jillmarietribulas@comcast.net tribulas.jillb126498@notify.bestcase.com |
| Melanie Carmela Grimes | on behalf of Creditor FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor CitiMortgage Inc. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor CitiMortgage Inc. ecf@powerskirn.com |

TOTAL: 9