UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW OFFICE OF JILL M. TRIBULAS, LLC
Jill M. Tribulas, Esquire
Bar ID: 019592001
1026 Haddon Avenue
Collingswood, NJ 08108
856-240-1716/856-946-1176 (fax)
jillmarietribulas@comcast.net

In Re:

Gustavo Egizi, Jr. and Judith Egizi

Case No.: 19-28989

Judge: JNP

Chapter: 13

Recommended Local Form:   ☒ Followed   ☐ Modified

## PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

I, _____Gustavo and Judith Egizi_____, upon my oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on ___02/21/2024 at 10:00 AM___.

2. The above named Debtor(s) has /have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: 02/13/2024

/s/Gustavo Egizi, Jr.
Signature of Debtor

DATED: 02/13/2024

/s/Judith Egizi
Signature of Joint Debtor

new.5/23/06;jml