UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICE OF JILL M. TRIBULAS, LLC
Jill M. Tribulas, Esquire
Bar ID: 019592001
1026 Haddon Avenue
Collingswood, NJ 08108
856-240-1716
856-946-1176 (fax)
jillmarietribulas@comcast.net

In Re:

Gustavo and Judith Egizi

Case No.: _____

Chapter: _____19-28989_____

Adv. No.: _____

Hearing Date: _____03/20/2024_____

Judge: _____JNP_____

## CERTIFICATION OF SERVICE

1. I, _____Jill M. Tribulas_____ :

   ☒ represent _____Gustavo and Judith Egizi_____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____02/29/2024_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Cover letter and Debtors' modified Chapter 13 Plan.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____02/29/2024_____      /s/Jill M. Tribulas_____
                                   Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| KML Law Group, P.C.<br>701 Market Street, Ste. 5000<br>Philadelphia, PA 19106<br><br>Freedom Mortgage<br>Bankruptcy Department<br>10500 Kincaid Drive<br>Fishers, IN 46037 | Attorney for mortgage creditor<br><br>Mortgage creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |