Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−28989−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gustavo Eqizi Jr.                                    Judith Egizi
   12 Henry Rd                                          12 Henry Rd
   Gibbsboro, NJ 08026−1310                             Gibbsboro, NJ 08026−1310

Social Security No.:
   xxx−xx−7726                                          xxx−xx−3312

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 1, 2024.

Dated: May 1, 2024
JAN: kvr

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 19-28989-JNP
Gustavo Eqizi, Jr.     Chapter 13
Judith Egizi
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3
Date Rcvd: May 01, 2024     Form ID: plncf13     Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Gustavo Eqizi, Jr., Judith Egizi, 12 Henry Rd, Gibbsboro, NJ 08026-1310 |
| cr | + | FREEDOM MORTGAGE CORPORATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518567272 | | Brea Wilson, 201 Prairie Ct Unit 201, Quakertown, PA 18951-2470 |
| 518575568 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 01 2024 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 01 2024 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518498960 | | Email/Text: BarclaysBankDelaware@tsico.com | May 01 2024 20:50:00 | Barclays, PO Box 8802, Wilmington, DE 19899-8802 |
| 518498961 | | Email/Text: BarclaysBankDelaware@tsico.com | May 01 2024 20:50:00 | Barclays/AAdvantage, PO Box 8803, Wilmington, DE 19899-8803 |
| 518498963 | | Email/Text: BKelectronicnotices@cenlar.com | May 01 2024 20:50:00 | Cenlar, PO Box 77404, Ewing, NJ 08628 |
| 518575568 | ^ | MEBN | May 01 2024 20:49:08 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518498962 | + | Email/Text: PBNCNotifications@peritusservices.com | May 01 2024 20:49:00 | Capital One/Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 518613019 | + | Email/Text: BKelectronicnotices@cenlar.com | May 01 2024 20:50:00 | CitiMortgage, Inc.,, c/o Cenlar FSB, 425 Phillips Blvd., Ewing NJ 08618-1430 |
| 518498964 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 01 2024 20:50:00 | Comenity Bank/Boscov's, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 518503915 | | Email/Text: EBNBKNOT@ford.com | May 01 2024 20:51:00 | Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI 48255-0953 |
| 518610070 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 01 2024 20:50:00 | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE, Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 518498965 | | Email/Text: EBNBKNOT@ford.com | May 01 2024 20:51:00 | Ford Motor Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 520179352 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 01 2024 21:02:09 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, |

| Recipient ID | Notice Method | Date/Time | Address |
|---|---|---|---|
| | | | Oklahoma City, OK 73118-7901 |
| 518498966 | Email/Text: Bankruptcy@Freedommortgage.com | May 01 2024 20:50:00 | Freedom Mortgage, PO Box 50428, Indianapolis, IN 46250-0401 |
| 518620871 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2024 21:02:13 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 518607866 | Email/Text: bnc-quantum@quantum3group.com | May 01 2024 20:50:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518599431 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 01 2024 21:01:06 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518498967 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 01 2024 21:02:09 | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2024   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jill Marie Tribulas | on behalf of Debtor Gustavo Eqizi Jr. jillmarietribulas@comcast.net, tribulas.jillb126498@notify.bestcase.com |
| Jill Marie Tribulas | on behalf of Joint Debtor Judith Egizi jillmarietribulas@comcast.net tribulas.jillb126498@notify.bestcase.com |
| Melanie Carmela Grimes | on behalf of Creditor FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor CitiMortgage Inc. ecf@powerskirn.com |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: May 01, 2024 | Form ID: plncf13 | Total Noticed: 21

William M.E. Powers, III
                    on behalf of Creditor CitiMortgage  Inc. ecf@powerskirn.com

TOTAL: 9